**TASKS PERFORMED BY TRUSTEE**

The Trustee discovered a preference claim and liquidated it The Trustee filed a Motion To Settle Claim, which was granted. The Trustee prepared this Final Report and will appear in Joliet for a final hearing. The Trustee will issue distribution checks to creditors entitled to same. The Trustee will prepare a new distribution report after the final hearing is conducted. The Trustee will prepare a Final Account when all checks have cleared.

**Exhibit A**