UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| Daluga Enterprises, | ) | Case No. 06 -16674 |
| | ) | |
| Boutique, Miss Miette's, | ) | Judge Bruce W. Black (Joliet) |
| | ) | |
| Debtor. | ) | |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  **U.S. Bankruptcy Court**
    **Will County Court Annex Building**
    **57 North Ottawa Street**
    **Joliet, Il**

    On:  **June 20, 2008**

    at:  **9:15 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
    a. Receipts                                $11,566.13
    b. Disbursements                           $       0
    c. Net Cash Available for Distribution     $11,566.13

4. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Exp Now Requested |
|---|---|---|---|
| Michael Berland, Trustee | $0 | $1,906.61 | $0 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

**Applicant    Compensation Previously Paid  Fees Now Requested    Expenses**
N/A

6. In addition to the fees and expenses of administration listed above as may be allowed by the Court, secured and priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%, and the secured dividend is expected to be 0%.

   Allowed Priority Claims are:    N/A

7. Claims of general unsecured creditors totaling $15,053.06 have been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 64.17%.

   Allowed general unsecured claims are:

| Claim # | Claimant | Allowed Amt of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Innovative Merchant Solutions | $   340.00 | $  218.18 |
| 2 | American Express Bank FSB | $ 3,702.20 | $2,375.69 |
| 3 | Advanta Bank Corporation | $11,010.86 | $7,065.65 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: **May 12, 2008**                         For the Court,


                                                **By: Kenneth S Gardner**
                                                Kenneth S. Gardner
                                                Clerk of the United States Bankruptcy Court
                                                219 South Dearborn, 7th Floor

                              Chicago, Il 60604

| | |
|---|---|
| Trustee: | Michael Berland |
| Address: | One North La Salle Street |
| | Suite 1775 |
| | Chicago, IL 60602 |
| Phone: | 312-855-1272 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward               Page 1 of 1          Date Rcvd: May 12, 2008
Case: 06-16674                 Form ID: pdf002           Total Served: 19

The following entities were served by first class mail on May 14, 2008.
db           +Daluga Enterprises, Inc.,    1116 Ranchwood Drive,    Shorewood, IL 60404-9127
aty          +John C Renzi,    June Prodehl & Renzi LLC,    1861 Black Road,    Joliet, IL 60435-3591
tr           +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
11064549      AT & T,    P.O. Box 8100,    Aurora, IL 60507-8100
11275416      Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11064545      Advanta Bank Corp.,    P.O. Box 8088,    Philadelphia, PA 19101-8088
11064547     +Amanda Daluga,    1116 Ranchwood Drive,    Shorewood, IL 60404-9127
11064548      American Express,    P.O. Box 0001,    Los Angeles, CA 90096-0001
11098388      American Express Bank FSB,    c/o Becket & Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
11064550      Bank of America,    P.O. Box 60073,    City Of Industry, CA 91716-0073
11064551      Capital One,    P.O. Box 790217,    Saint Louis, MO 63179-0217
11064552      Chase Cardmember,    P.O. Box 15153,    Wilmington, DE 19886-5153
11156373     +Christopher Daluga,    210 Ravinia,    Shorewood IL 60404-9432
11064553     +First Equity Card Corp.,    P.O. Box 23029,    Columbus, GA 31902-3029
11064554      GMAC Commercial Finance,    P.O. Box 403058,    Atlanta, GA 30384-3058
11064555     +Harcourt Education,    P.O. Box 0841,    Carol Stream, IL 60132-0001
11064556     +Innovative Merchant Solutions,    26541 Agoura Road,    Calabasas, CA 91302-2093
11064557      Motion Wear USA,    3205 Bedford Rd.,    Montreal, Quebec H3S1G3
11064558     +Renzo Company,    P.O. Box 39,    Franklin Park, IL 60131-0039

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11064546      Amanda C. Daluga
                                                                                          TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2008**             **Signature:** _/s/ Joseph Speetjens_