## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:
**DALUGA ENTERPRISES, INC.**

**CHAPTER 7 CASE**

**BOUTIQUE, MISS MIETTE'S**

**CASE NO. 06-16674 BL**

**JUDGE Bruce W. Black(Joliet)**

Debtor(s)

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance\ with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A"

All checks have been cashed. The Form 2 is attached as Exhibit "B".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

/s/ Michael G. Berland Trustee

Dated: 3/27/09

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:
**DALUGA ENTERPRISES, INC.**

**BOUTIQUE, MISS MIETTE'S**

Debtor(s)

**CHAPTER 7 CASE**

**CASE NO. 06-16674 BL**

**JUDGE Bruce W. Black(Joliet)**

## DISTRIBUTION REPORT

I, <u>MICHAEL G. BERLAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 1,906.61 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 9,667.88 |

**TOTAL AMOUNT TO BE DISTRIBUTED:**          $          11,574.49

**EXHIBIT B**

**DISTRIBUTION REPORT**                                          **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 1,906.61 | 100.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | MICHAEL G. BERLAND | | 1,906.61 | 1,906.61 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | | TOTAL          $ | 0.00 |

**EXHIBIT Ⓐ**

**DISTRIBUTION REPORT**                                     **PAGE 2**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00% |

**EXHIBIT A**

**DISTRIBUTION REPORT**                                                           **PAGE 3**

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $     15,053.06 | 64.23% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Innovative Merchant Solutions | 340.00 | 218.37 |

**EXHIBIT B**

**DISTRIBUTION REPORT**                                                        **PAGE 4**

| 2 | American Express Bank FSB | 3,702.20 | 2,377.75 |
| 3 | Advanta Bank Corp | 11,010.86 | 7,071.76 |
| | | TOTAL          $ | 9,667.88 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $      0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL        $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $      0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL        $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $      0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL        $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $      0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL        $ | 0.00 |

**EXHIBIT A**

**DISTRIBUTION REPORT**                                          **PAGE 5**

| 18. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: June 23, 2008            /s/Michael G. Berland
                                MICHAEL G. BERLAND, Trustee

EXHIBIT B

4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN

IN RE:                                    **CHAPTER 7 CASE**
**DALUGA ENTERPRISES, INC.**

**BOUTIQUE, MISS MIETTE'S**              **CASE NO. 06-16674 BL**

                                          **JUDGE Bruce W. Black(Joliet)**

        Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

        THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses
of administration, notice having been given and the Court being duly advised:

        IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as
follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $_____1,906.61 |
| 2. | Trustee's expenses | $_____0.00 |
| | TOTAL | $_____1,906.61 |
| 3. | Chapter 11 Trustee's compensation | $_____0.00 |
| 4. | Chapter 11 Trustee's expenses | $_____0.00 |
| | TOTAL | $_____0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as
follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee<br>a. Compensation | $_____0.00 |
| | b. Expenses | $_____0.00 |
| | c. Chapter 11 Compensation | $_____0.00 |
| | d. Chapter 11 Expenses | $_____0.00 |
| 2. | Accountant for the Trustee | |

1

|  |  |
|---|---|
| a. Compensation | $_____0.00 |
| b. Expenses | $_____0.00 |
| c. Chapter 11 compensation | $_____0.00 |
| d. Chapter 11 Expenses | $_____0.00 |

3.   Other Professionals

TOTAL   $_____0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this_____ day of _____, 200 ___.

ENTERED

ENTERED   _____

Bruce W. Black
UNITED STATES BANKRUPTCY JUDGE

JUN 2 0 2008
EUGENE R. WEDOFF
BANKRUPTCY JUDGE

2

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-16674 BL |
| **Case Name:** | DALUGA ENTERPRISES, INC. |
| | |
| **Taxpayer ID #:** | 20-2155854 |
| **Period Ending:** | 03/27/09 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****64-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/07 | {7} | June, Prodehl & Renzi | Payment of settlement for preference | 1241-000 | 11,500.00 | | 11,500.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.91 | | 11,504.91 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.34 | | 11,511.25 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.35 | | 11,517.60 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.94 | | 11,523.54 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.56 | | 11,530.10 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.36 | | 11,536.46 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.74 | | 11,542.20 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.77 | | 11,548.97 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.00 | | 11,554.97 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.88 | | 11,560.85 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.28 | | 11,566.13 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.37 | | 11,568.50 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.14 | | 11,570.64 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.61 | | 11,572.25 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.44 | | 11,573.69 |
| 06/17/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.80 | | 11,574.49 |
| 06/17/08 | | To Account #********6466 | Transfer for purpose of final distribution | 9999-000 | | 11,574.49 | 0.00 |

Exhibit B

| | | |
|---|---|---|
| **Subtotals :** | $11,574.49 | $11,574.49 |

{} Asset reference(s)

Printed: 03/27/2009 11:49 AM    V.11.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-16674 BL |
| **Case Name:** | DALUGA ENTERPRISES, INC. |
| **Taxpayer ID #:** | 20-2155854 |
| **Period Ending:** | 03/27/09 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*64-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 11,574.49 | 11,574.49 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,574.49 | |
| | | | **Subtotal** | | 11,574.49 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,574.49** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** | 06-16674 BL |
| **Case Name:** | DALUGA ENTERPRISES, INC. |
| **Taxpayer ID #:** | 20-2155854 |
| **Period Ending:** | 03/27/09 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****64-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/08 | | From Account #*********6465 | Transfer for purpose of final distribution | 9999-000 | 11,574.49 | | 11,574.49 |
| 06/23/08 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,906.61, Trustee Compensation; Reference: | 2100-000 | | 1,906.61 | 9,667.88 |
| 06/23/08 | 102 | Innovative Merchant Solutions | Dividend paid 64.22% on $340.00; Claim# 1; Filed: $340.00; Reference: Stopped on 11/25/08 | 7100-000 | | 218.37 | 9,449.51 |
| 06/23/08 | 103 | American Express Bank FSB | Dividend paid 64.22% on $3,702.20; Claim# 2; Filed: $3,702.20; Reference: | 7100-000 | | 2,377.75 | 7,071.76 |
| 06/23/08 | 104 | Advanta Bank Corp | Dividend paid 64.22% on $11,010.86; Claim# 3; Filed: $11,010.86; Reference: | 7100-000 | | 7,071.76 | 0.00 |
| 11/25/08 | 102 | Innovative Merchant Solutions | Dividend paid 64.22% on $340.00; Claim# 1; Filed: $340.00; Reference: Stopped: check issued on 06/23/08 | 7100-000 | | -218.37 | 218.37 |
| 12/23/08 | 105 | Clerk of Bankruptcy Court | Payment of unclaimed funds | 8500-002 | | 218.37 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 11,574.49 | 11,574.49 | $0.00 |
| Less: Bank Transfers | 11,574.49 | 0.00 | |
| **Subtotal** | 0.00 | 11,574.49 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $11,574.49 | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-16674 BL |
| **Case Name:** | DALUGA ENTERPRISES, INC. |
| **Taxpayer ID #:** | 20-2155854 |
| **Period Ending:** | 03/27/09 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*64-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| **TOTAL - ALL ACCOUNTS** | **Net<br>Receipts** | **Net<br>Disbursements** | **Account<br>Balances** |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*64-65** | 11,574.49 | 0.00 | 0.00 |
| **Checking # \*\*\*-\*\*\*\*\*64-66** | 0.00 | 11,574.49 | 0.00 |
| | $11,574.49 | $11,574.49 | $0.00 |

{} Asset reference(s)